## Dunk et al., Appellants, v. Pennsylvania Public Utility Commission.

Argued September 16, 1966. *Christian V. Graf,* with him *John E. Fullerton,* for appellants; *Anthony L. Marino,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *Samuel Graff Miller,* with him *Donald Blanken, Edwin W. Scott* and *Vincent P. McDevitt,* for intervening appellee.

Order affirmed.

## Foreacre *v.* Gulf Oil Corporation et al., Appellants.

Argued September 16, 1966. *Paul J. Senesky,* with him *Murphy, Senesky & Veldorale,* for appellants; *Albert Ring,* with him *Don F. D'Agui,* and *D'Agui and Del Collo,* for appellee.

Order affirmed.